U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 3 0 2018

TONY R. MOORE, CLERK
BY: \_\_\_\_NB\_\_\_\_
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 18-cr-00091-01 |
| VERSUS | JUDGE DRELL |
| KENYATTA EDMOND (01) | MAGISTRATE JUDGE HANNA |

## **JUDGMENT**

The motion to suppress [Rec. Doc. 26], which was filed by the defendant Kenyatta Edmond (01), was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After de novo review, and consideration of objections filed [Rec. Doc. 35], this Court concludes that the Magistrate Judge's report and recommendation [Rec. Doc. 34] is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to suppress [Rec. Doc. 26], filed by Kenyatta Edmond (01), is hereby **DENIED**, consistent with the report and recommendation.

Signed at Alexandria, Louisiana, this 29th day of August, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE