UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 18-cr-091-01** |
| -vs- | **JUDGE DRELL** |
| **KENYATTA EDMOND (01)** | **MAGISTRATE JUDGE HANNA** |

### RULING AND ORDER

Before the court is Kenyatta Edmond's letter motion seeking compassionate release. (Doc. 100). The Government did not file an opposition to the motion. Nevertheless, for the following reasons, his motion is DENIED.

Edmond entered a plea of guilty to the one count indictment for possession of a firearm by a convicted felon on October 16, 2018.[1] (Doc. 40). On February 6, 2019, Edmond was sentenced to serve 110 months imprisonment with credit for time served. (Doc. 48).

Edmond again asks this to reduce his prison sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). Although a court may reduce a term of imprisonment pursuant to § 3582(c)(1)(A), the movant must articulate extraordinary or compelling circumstances warranting compassionate release. Edmond has not done so.

As we understand his argument, Edmond's underlying felony was for simple possession, and if he were sentenced today, he would receive a less harsh sentence. Edmond fails to provide any authority in support for his argument. This is likely because there is no basis in law or fact as to his argument. Edmond is currently serving a sentence for being a felon in possession of a

---

[1] Edmond's plea was conditioned upon his right to appeal the adverse ruling on his motion to suppress.

firearm, not for possession of marijuana. As we understand it, he has already served that sentence, so there is no reduction to be made, even if we could. Edmond advances no valid argument nor any circumstances which would cause this court to reduce the 110-month sentence imposed for his federal crime. Although he states he is a man of faith, a good husband, father, and grandfather, and we take him at his word, these qualities are not extraordinary or compelling circumstances warranting compassionate release. As such, it is

ORDERED that Edmond's letter motion for compassionate release (Doc. 100) is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana this ___ day of December 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT